ALEXANDER SHAND AND JOHN SHARP, EXECUTOR, ETC., OF GEORGE SHARP, DECEASED, *versus* AUGUSTIN GAGNIER, BARTHEL-EMIE GAGNIER, PIERRE GAG-NIER, LOUIS GAGNIER, LOUIS MOMINIE AND MARGARET, HIS

62

WIFE, JOSETTE JACOB, WIDOW OF JACQUES JACOB, JOSEPH MOMINIE AND CATHERINE, HIS WIFE, JOSEPH VALLIQUET, MONIQUE VALLIQUET, PIERRE JOURDAIN, AND LAURENT DUROCHER. 

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Continued *p. 60; (2) rule to plead, answer, or demur; continued *p. 74; (3) rule to plead, etc., renewed; continued *p. 111.
PAPERS IN FILE: (1) Precipe for writ of subpoena.
*Chancery Case 56 of 1825.*